UNITED STATES DISTRICT COURT
for the
Southern District of Georgia - Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN -8 2015

CLERK W. Sury
SO. DIST. OF GA

United States of America )
v. )
Willie Jones ) Case No: 4:13-CR-00007-22
) USM No: 17929-021

Date of Original Judgment: December 9, 2013 ) Toly A. Siamos
Date of Previous Amended Judgment: N/A ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated December 9, 2013, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: JUNE 5, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: November 1, 2015
*(if different from order date)*                    *Printed name and title*